FILED

17 MAR 24 PM 12: 18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ▓▓▓▓ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. REDON,<br><br>   Plaintiff,<br><br>v.<br><br>ANDRES RUIZ, et al,<br><br>   Defendants. | Case No. 13cv1765 WQH (KSC)<br><br>[ ] ORDER FOR RELEASE OF PLAINTIFF'S MEDICAL AND MENTAL HEALTH RECORDS FROM SAN DIEGO COUNTY MENTAL HEALTH AND KAISER PERMANENTE |

   Defendants contend that Plaintiff's mental health is at issue in this case based on his behavior at the time of the May 3, 2011, and August 19, 2011, incidents. Plaintiff has a history of mental health issues which may have been a contributing factor to the occurrence of such incidents.

   After Defendants filed an Ex Parte Application for an Order for release of Plaintiff's medical records (ECF No. 34), this Court issued an Order granting Defendants' Ex Parte compelling Plaintiff to sign authorizations for a release of his medical records from Kaiser Permanente and San Diego County Mental Health (ECF No. 49). Plaintiff objected to the Court's order on December 4, 2014 (ECF No. 56) and the Court overruled Plaintiff's objections on June 7, 2016 (ECF No. 82, 49). Plaintiff failed to comply with the Court's orders to execute authorizations. Therefore, Defendants request that the Court grant an order for release of Plaintiff's medical records.

The Health Insurance Portability and Accountability Act requires protection and confidential handling of protected health information of individuals. Pursuant to California Civil Code 56.10(a), a healthcare provider is not to disclose medical information and records without an authorization signed by the patient. However, under California Civil Code 56.10(b)(1), a healthcare provider shall disclose medical information and records pursuant to a court order.

This Court, having reviewed the matter as stated above and finding good cause therefore, grants Defendants' request for release of Plaintiff's medical and mental health records as follows:

1. Records pertaining to Plaintiff Jason Redon shall be released by Kaiser Permanente, specifically including records from Michael Pat-Wai Wu, M.D. and the Kaiser Permanente psychiatry department from 2009 to present.

2. Records pertaining to Plaintiff Jason Redon shall be released from San Diego County Mental Health from 2009 to present.

3. Records pertaining to Plaintiff Jason Redon shall be released from Jeff Schanowitz, Ph.D. from 2009 to present.

4. Records pertaining to Plaintiff Jason Redon shall be released from Joseph J. Sheridan, M.D. from 2009 to present.

**IT IS SO ORDERED.**

Dated: 3/22/17

By: _____
Hon. Karen S. Crawford
United States Magistrate Judge