**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON A. REDON, | ) Case No. 13cv1765 WQH (KSC) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| ANDRES RUIZ, et al, | ) |
| Defendants. | ) |
| | ) |

Based upon the record of this case, including the jury verdict on May 17, 2018 (ECF No. 370), the Court enters judgment in favor of all Defendants on all counts.

**IT IS SO ORDERED**.

Dated: May 21, 2018

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

1

13cv1765 WQH (KSC)